# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **DISBURSEMENT ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Tyrone Pipkin, Gloria Harper, | ) | |
| Global Networking | ) | Case No. 1:07-cr-089 |
| Technology, Inc., and Computer | ) | |
| Training and Associates, Inc., | ) | |
| | ) | |
| Defendants. | ) | |

_____

On December 12, 2007, the Court issued an order requiring Defendant Tyrone Pipkin to deposit funds in the amount of $25,000 with the United States to be placed in an interest bearing account until (i) the resolution of the guilt phase of this case and further order of this Court; or (ii) further agreement of the parties. See Docket No. 32. On March 14, 2008, the United States moved the Court for an order authorizing the United States to deposit the funds with the Clerk of Court. See Docket No. 36. The Court granted the motion on March 19, 2008, and ordered that the United States make a check payable to U.S. Bank in the amount of $25,000, and to send the check to the Clerk of Court. The Clerk of Court deposited the $25,000 with U.S. Bank, Bismarck, North Dakota.

The Clerk of Court shall not withdraw the funds from U.S. Bank until Pipkin complies with General Local Rule 1.10. Pipkin must file under seal, a completed IRS Form W-9. D.N.D. Gen. L. R. 1.10(C)(2)(a). Upon receipt of the IRS Form W-9, the Court shall order that the funds be

disbursed to the Clerk of Court to be applied to Pipkin's restitution debt.  Ten (10) percent of the interest earned on the funds on deposit with U.S. Bank shall be retained by the United States District Court, as the Registry Fee.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court